FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 2 9 2003

[Clerk's signature]
Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STEPHEN A. SANCHEZ,

   Plaintiff,

v.                                                    Civ. No. 03-0904 WPJ/RLP

COUNTY OF RIO ARRIBA, et al.,

   Defendants.

## MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION[1]

1.  This proceeding was originally filed in New Mexico First Judicial District Court, *Sanchez v. County of Rio Arriba, et al.*, Cause No. D-0117CV00247. Defendants removed to this court based on Plaintiff's allegation that his cause of action arose under 42 U.S.C. § 1983. A review of Plaintiff's complaint, however, indicate that he has merely alleged negligence, which will not support a claim under § 1983. *Parratt v. Taylor*, 451 U.S. 527, 534 (1981); *see also Woodward v. City of Worland*, 977 F.2d 1392, 1399 n.11 (10th Cir. 1992) (allegations of gross negligence will not support a § 1983 claim).

2.  The court may raise lack of subject matter jurisdiction at any time, with or without a motion from the parties. *Martin v. Franklin Capital Corp.*, 251 F.3d 1284, 1291 n.3 (10th Cir. 2001); *Four Aces Mobile Home Estates v. Lundahl*, 35 F.Supp.2d 1337,

---

[1] Within ten (10) days after a party is served with a copy of the "Magistrate Judge's Proposed Findings and Recommended Disposition" (the "Proposed Findings") that party may, pursuant to 28 U.S.C. § 636 (b)(1), file written objections in the United States District Court to the Proposed Findings. A party must file any objections within the ten-day period allowed if that party wants to have appellate review of the Proposed Findings. If no objections are filed, no appellate review will be allowed.

1340-41 (D. Utah 1998). This applies to removed cases and the lack of subject matter jurisdiction obligates this court to remand to the state court. *Id.*

### RECOMMENDED DISPOSITION

I recommend that the case be dismissed for lack of subject matter jurisdiction and remanded to state court.

                                                 Richard L. Puglisi
                                        United States Magistrate Judge